[No. 22584-1-II.    Division Two.    January 29, 1999.]

HOLROYD CO., INC., *Respondent*, v. THE STATE OF
WASHINGTON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-2-12039-7, Nile E. Aubrey, J., entered
October 30, 1997. *Affirmed* by unpublished opinion per
Bridgewater, C.J., concurred in by Seinfeld and Houghton,
JJ.

[No. 22609-0-II.    Division Two.    January 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
WAYNE MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-02274-8, Thomas P. Larkin, J., entered
November 3, 1997. *Affirmed* by unpublished opinion per
Armstrong, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 22615-4-II.    Division Two.    January 29, 1999.]

THOMAS R. RICE, *Appellant*, v. THE EMPLOYMENT SECURITY
⁂ DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-2-10351-4, Grant L. Anderson, J., entered
November 10, 1997. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Bridgewater, C.J., and Hunt,
J.

[No. 22268-0-II.    Division Two.    January 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEY ROSS
UEBLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-01733-9, Terry D. Sebring, J., entered
July 29, 1997. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Bridgewater, C.J., Houghton, J.